# Court of Appeals, State of Michigan

## ORDER

People of MI v John Robert Kanary

Docket No.    336174

LC No.    2016-002776-FC

David H. Sawyer
Presiding Judge

Stephen L. Borrello

Deborah A. Servitto
Judges

---

The Court orders that the March 15, 2018 opinion is hereby AMENDED. The opinion contained the following clerical error: Page 5, third full paragraph from the bottom before "conclude" should read "cannot conclude".

In all other respects, the March 15, 2018 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

MAR 1 9 2018
Date

Chief Clerk